EXHIBIT A

| CLAIM NUMBER | EIP | DOL |
|---|---|---|
| 0727Z531K | IRR | 11-28-2021 |
| 1929D382H | GP | 01-05-2022 |
| 3204N846V | MDT | 02-13-2020 |
| 3205L825W | NLB | 03-13-2020 |
| 3208F976T | MME | 06-19-2020 |
| 3208J192J | NW | 06-24-2020 |
| 3208X771D | BG | 07-07-2020 |
| 3208X771D | NW | 07-07-2020 |
| 3209B968B | TB | 07-15-2020 |
| 3209D655K | SLH | 07-18-2020 |
| 3210N106H | AAS | 08-22-2020 |
| 3211L242P | MD | 09-13-2020 |
| 3211R855W | HJ | 09-19-2020 |
| 3212B216H | YS | 09-29-2020 |
| 3212D326S | HCG | 10-04-2020 |
| 3212K696S | KLT | 10-11-2020 |
| 3212K696S | XT | 10-11-2020 |
| 3212R156M | BA | 09-29-2020 |
| 3212S257J | RMG | 10-20-2020 |
| 3213L715B | LAS | 10-28-2020 |
| 3213T937S | KJC | 11-16-2020 |
| 3213T937S | EC | 11-16-2020 |
| 3215N872W | GR | 01-18-2021 |
| 3215V224N | JOR | 01-15-2021 |
| 3215X125W | LD | 01-12-2021 |
| 3215X311P | JG | 01-28-2021 |
| 3217K286V | VM | 03-03-2021 |
| 3217K286V | GM | 03-03-2021 |
| 3217Q611Z | SWS | 03-19-2021 |
| 3217V465W | JKN | 03-25-2021 |
| 3218F340T | CEH | 04-03-2021 |
| 3218F340T | TV | 04-03-2021 |
| 3218G874C | LSM | 04-02-2021 |
| 3218T249X | JS | 04-18-2021 |
| 3219G810J | KB | 05-01-2021 |
| 3219S288L | GMD | 05-13-2021 |
| 3219V408D | DMF | 05-13-2021 |
| 3219V807V | JP | 05-17-2021 |
| 3219Z524Q | AS | 05-20-2021 |
| 3220M510W | GL | 05-18-2021 |
| 3220N272R | DJP | 05-24-2021 |
| 3220N272R | KA | 05-24-2021 |
| 3220T638R | JAN | 06-10-2021 |
| 3221K200V | TLH | 06-13-2021 |
| 3221K200V | SPR | 06-13-2021 |
| 3221P901N | EO | 06-06-2021 |

| | | |
|---|---|---|
| 3221P901N | JW | 06-06-2021 |
| 3222D569L | MAAR | 06-19-2021 |
| 3222N732N | SR | 07-22-2021 |
| 3222R553R | LS | 07-15-2021 |
| 3222S706D | WL | 07-29-2021 |
| 3222W495G | LAH | 07-31-2021 |
| 3222X357X | ED | 08-03-2021 |
| 3223M310W | JDH | 07-26-2021 |
| 3223S068T | NTMS | 08-10-2021 |
| 3224J944B | HW | 09-05-2021 |
| 3224J944B | CR | 09-05-2021 |
| 3224P741X | ODH | 08-27-2021 |
| 3224X820R | MRW | 09-19-2021 |
| 3225B024L | RMG | 09-17-2021 |
| 3225D594M | MAAR | 06-19-2021 |
| 3225M052T | SRL | 09-25-2021 |
| 3226Q246M | PM | 10-30-2021 |
| 3226Q523W | JJPC | 10-30-2021 |
| 3226Q523W | VJL | 10-30-2021 |
| 3227R925H | BLW | 11-25-2021 |
| 3227R925H | AL | 11-25-2021 |
| 3227T611W | LH | 11-10-2021 |
| 3227V434M | CB | 12-02-2021 |
| 3227Z087Z | MRC | 11-18-2021 |
| 3227Z309V | LL | 12-06-2021 |
| 3227Z309V | CLL | 12-06-2021 |
| 3228T895N | HSK | 12-25-2021 |
| 3228X825W | JAB | 12-19-2021 |
| 3230M225B | DFS | 02-11-2022 |
| 3230Z504K | MAR | 02-26-2022 |
| 3232K817S | MAH | 03-25-2022 |
| 3233H415F | CCAB | 04-27-2022 |
| 3233H415F | VA | 04-27-2022 |
| 3236B419K | MLV | 06-12-2022 |
| 3236H986X | RLG | 07-06-2022 |
| 32B2827K7 | SMR | 09-03-2019 |
| 32B5733V7 | HK | 09-25-2019 |
| 32C5863G2 | MW | 12-31-2019 |
| 32C5863G2 | MGW | 12-31-2019 |
| 3518F965S | KC | 03-31-2021 |
| 4621B401B | CRH | 06-15-2021 |
| 5215S913Q | RDM | 01-24-2021 |
| 5226Q858Q | SSF | 10-28-2021 |