EXHIBIT A

| CLAIM NUMBER | EIP |
|---|---|
| 0727Z531K | IRR |
| 1929D382H | GP |
| 3213T937S | EC |
| 3213T937S | KJC |
| 3215N872W | GR |
| 3215V224N | JOR |
| 3215X125W | LD |
| 3215X311P | JG |
| 3217K286V | GM |
| 3217K286V | VM |
| 3217Q611Z | SWS |
| 3217V465W | JKN |
| 3218F340T | CEH |
| 3218F340T | TV |
| 3218G874C | LSM |
| 3218T249X | JS |
| 3219G810J | KB |
| 3219S288L | GMD |
| 3219V408D | DMF |
| 3219V807V | JP |
| 3219Z524Q | AS |
| 3220M510W | GL |
| 3220N272R | DJP |
| 3220N272R | KA |
| 3220T638R | JAN |
| 3221K200V | SPR |
| 3221K200V | TLH |
| 3221P901N | EO |
| 3221P901N | JW |
| 3222D569L | MAAR |
| 3222N732N | SR |
| 3222R553R | LS |
| 3222S706D | WL |
| 3222W495G | LAH |
| 3222X357X | ED |
| 3223M310W | JDH |
| 3223S068T | NTMS |
| 3224J944B | CR |
| 3224J944B | HW |
| 3224P741X | ODH |
| 3224X820R | MRW |
| 3225B024L | RMG |
| 3225D594M | MAAR |
| 3225M052T | SRL |
| 3226Q246M | PM |
| 3226Q523W | JJPC |

| | |
|---|---|
| 3226Q523W | VJL |
| 3227R925H | AL |
| 3227R925H | BLW |
| 3227T611W | LH |
| 3227V434M | CB |
| 3227Z087Z | MRC |
| 3227Z309V | CLL |
| 3227Z309V | LL |
| 3228J725F | NRL |
| 3228T895N | HSK |
| 3228X825W | JAB |
| 3230M225B | DFS |
| 3230Z504K | MAR |
| 3232K817S | MAH |
| 3233H415F | CAAB |
| 3233H415F | VA |
| 3236B360M | AAP |
| 3236B419K | MLV |
| 3236H986X | RLG |
| 3237S304P | FH |
| 3237Z924W | IK |
| 3241Q765H | ED |
| 3241Q765H | JJ |
| 3241X729R | JN |
| 3242T654T | PDK |
| 3242X654B | JO |
| 3243J031K | DW |
| 3243K548S | SD |
| 3243S704V | OMC |
| 3245B912X | MJCJM |
| 3245M129J | DR |
| 3245Z909H | MCA |
| 3246J329C | WLH |
| 3342B152B | JC |
| 3518F965S | KC |
| 4621B401B | CRH |
| 5215S913Q | RDM |
| 5226Q858Q | SSF |